**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
WESTERN DENTAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA KING, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC. and DOES 1 – 10 inclusive,<br><br>        Defendants. | Case No.<br><br>**DEFENDANT WESTERN DENTAL SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION) and 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>[Los Angeles County Superior Court Case No. BC661485]<br><br>Complaint Filed:   May 16, 2017<br>Trial Date:          TBA |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Western Dental Services, Inc. ("Western"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and it removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.   JURISDICTION**

Western specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and 1331 because Plaintiff Renata King ("Plaintiff") alleges a cause of action arising under the federal Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. § 1693, *et seq.*, and another cause of action arising under the federal Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227, et seq.  Further, the Court has supplemental jurisdiction over the state law cause of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

**B.   STATEMENT OF THE CASE**

2.   On May 16, 2017, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Los Angeles, designated as Case Number BC661485 (the "Action").  Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Western in this case is attached hereto as *Exhibit A*.

3.   Plaintiff asserts three (3) causes of action in his Complaint against Western.  Those causes of action are: (1) violations of Electronic Funds Transfer Act [15 U.S.C. §1693 et. seq.]; (2) violation of the Rosenthal Fair Debt Collection Practices Act [Cal. Civ. Code §1788 et. seq.]; and (3) violations of the Telephone Consumer Protection Act [47 U.S.C. §227 et. seq.].

Doll Amir & Eley LLP

1
DEFENDANT WESTERN DENTAL SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

### C.    **BASIS FOR REMOVAL**

4.     This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiff alleges claims arising under the EFTA and TCPA, which are laws of the United States.

5.     Specifically, Plaintiff alleges that, after she canceled an arrangement for Western to deduct funds from her bank account on a reoccurring basis, it continued to deduct funds from her account. *See* Compl., ¶¶ 12, 14-15, 24. Plaintiff further alleges that Western did not provide her with any writing memorializing or authorizing these automatic payments, and that these actions were all undertaken in violation of EFTA. *Id.*, ¶¶ 16-17.

6.     Plaintiff's Complaint additionally alleges that Western used an "automatic telephone dialing system" to place non-emergency collection calls to Plaintiff's cell phone, in violation of the TCPA. *See* Compl., ¶¶ 25-27, 30.

7.     Therefore, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law, and this Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the EFTA and TCPA.

8.     Additionally, this Court has supplemental jurisdiction over the remaining state law claim, because it "form[s] part of the same case or controversy." 28 U.S.C. § 1367(a). A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together. *See, e.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.,* 333 F. 3d 923, 925 (9th Cir. 2003). Here, the facts related to Plaintiff's state law claim are intertwined with and based upon her allegations of wrongdoing under the federal TCPA claim in that all claims are based on the same allegedly unlawful calls by Western to Plaintiff. *See* Compl., ¶¶ 19, 21-23, 29. The Court should therefore extend supplemental jurisdiction over Plaintiff's state law claim.

**D. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

9. Removal of this action is timely. Western was personally served with a copy of the Summons and Complaint in this action on May 22, 2017. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiffs' Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

10. Western is the only named Defendant in the action and therefore no consent of additional parties is required.

11. Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

12. As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Western from Plaintiff in the Action are attached hereto as *Exhibit A*.

13. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Western will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Los Angeles.

**WHEREFORE,** Western prays that the above Action now pending against it in the Superior Court of the State of California, County of Los Angeles, be removed therefrom to this Court.

DATED: June 21, 2017           DOLL AMIR & ELEY LLP

By: */s/ Connie Y. Tcheng*
     HUNTER R. ELEY
     CONNIE Y. TCHENG
Attorneys for Defendant,
WESTERN DENTAL SERVICES, INC.